**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
ITG BRANDS, LLC,,

                        Plaintiff,

-against-                            23 **CIVIL** 5345 (ER)

## JUDGMENT

YELLOWSTONE CAPITAL, LLC; WORLD GLOBAL CAPITAL, LLC d/b/a GRAND CAPITAL FUNDING; CAPITAL MERCHANT SERVICES, LLC; GREEN CAPITAL FUNDING, LLC; MIDNIGHT CAPITAL, LLC; DAVID GLASS; YITZHAK D. STERN; TSVI DAVIS; FUNDERZ.NET, LLC d/b/a HOP CAPITAL d/b/a EMPIRE FUNDING d/b/a CHAMPION FUNDING GROUP d/b/a REGION CAPITAL d/b/a FUNDERS LINK; JOSEPH YITZCHAKOV a/k/a JOSEPH ISAACOV; and GAVRIEL YITZCHAKOV a/k/a GABE ISAACOV,

                        Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 30, 2024, the Court GRANTS the Defendants' motions to dismiss the complaint; accordingly, the case is closed.

**Dated:**  New York, New York

        August 30, 2024

                                                       **DANIEL ORTIZ**
                                               **Acting Clerk of Court**

                          **BY:**
                                               **Deputy Clerk**